IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:08-cr-64 |
| | ) | |
| v. | ) | |
| | ) | **INDICTMENT** |
| DENNIS LEE BAILEY, JR., aka DJ, | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| Defendant. | ) | T. 21 U.S.C. § 846 |

**THE GRAND JURY CHARGES:**

### COUNT I
### (Conspiracy to Distribute Drugs)

That from a date unknown to the Grand Jury, but beginning by during or about February 2008, and continuing to on or about May 23, 2008, in and about Scott County in the Southern District of Iowa, the defendant, DENNIS LEE BAILEY, JR., did knowingly and intentionally conspire with other persons to knowingly distribute at least 50 grams of a mixture and substance containing cocaine base, a.k.a. "crack" cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**A TRUE BILL.**

_____
FOREPERSON

Matthew G. Whitaker
United States Attorney

By: /s/_____
Melisa Zaehringer
Special Assistant United States Attorney

1