IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.  3:08-cr-64 |
| | ) | |
| v. | ) | |
| | ) | ENHANCEMENT INFORMATION |
| DENNIS LEE BAILEY, JR., aka DJ, | ) | AND NOTICE OF PRIOR |
| | ) | CONVICTION(S) |
| Defendant. | ) | |

COMES NOW the United States of America, by and through the undersigned Special

Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1),

and hereby notifies defendant, DENNIS LEE BAILEY, JR., aka DJ, that he is subject to an

increased penalty pursuant to Title 21, United States Code, Section 841 (b)(1)(A) because of one

or more prior felony drug convictions, to wit:

1.  On or about June 28, 2007, defendant was sentenced after being found guilty of a drug

felony in the State of Iowa, County of Scott, for Possession with the Intent to Deliver a

Controlled Substance, to wit: Crack Cocaine, in violation of Code Sections 124.401(c)(3),

124.206(2)(d) and 703.1.  The defendant was sentenced to the custody of the Iowa Department of

Corrections for a term not to exceed ten years.

Respectfully Submitted,

Matthew G. Whitaker
United States Attorney


By   /s/ Melisa Zaehringer
Melisa Zaehringer
Special Assistant United States Attorney
131 E. 4th Street, Ste 310
Davenport, Iowa 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: Melisa.Zaehringer@usdoj.gov


### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon all counsel of record and *pro se* parties by electronic service by filing this document with the Clerk of Court using the ECF system on September 19, 2008, which will send notification to the following:

James Clements


/s/ Melisa Zaehringer
United States Attorney's Office
Southern District of Iowa