RECEIVED
OCT 6 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 3:08-cr-64 |
| ) | |
| v. ) | |
| ) | STATEMENT BY DEFENDANT |
| DENNIS LEE BAILEY, JR., aka DJ, ) | IN ADVANCE OF PLEA OF |
| ) | GUILTY |
| Defendant. ) | |

PART A

I make the following representations to the Court:

1. I am __19__ years of age. My education consists of _____GED_____.
I can read and understand English.

2. No threats or promises of any sort have been made to me to induce me or to persuade me to enter this plea, except those contained in the written plea agreement.

3. No one has told me that I would receive probation or any other form of leniency because of my plea.

4. I have discussed this case and this plea with my attorney as much as I wish to.

5. I am satisfied with the representation provided by my attorney. I have no complaint about the time or attention he has devoted to my case nor the advice he has given to me.

6. My decision to enter this plea was made after full and careful thought, with the advice of my attorney, and with a full understanding of my rights, the facts and circumstances of the case and the consequences of the plea. I was not under the influence of any drugs, medication or intoxicants when the decision to enter the plea was made and I am not now under

the influence of any drugs, medication or intoxicants.

7. I have no mental reservations concerning pleading guilty. Although my attorney has given me advice on this guilty plea, the decision to plead guilty is my own decision.

8. I understand that if I am on parole or probation for another offense, a guilty plea in this proceeding may result in the revocation of my parole or probation and as a result I may have to serve time in prison on the prior offense.

9. I understand that if I am not a citizen of the United States, a plea of guilty may affect my right to remain in the United States, and I may be deported.

## PART B

My attorney and I have discussed the following facts and rights. I have had the assistance of my attorney in reviewing, explaining and completing this form:

1. The nature of the charges against me have been explained. I have had an opportunity to discuss the nature of the charges with my attorney, and I understand the charges and the elements which the government is required to prove.

2. I know that ordinarily Count 1 of the Indictment carries a range of punishment of 10 years to life imprisonment, a maximum fine of not more than $4,000,000, or both. A special assessment of $100 and a term of supervised release of at least 5 years must be imposed by the sentencing court. I know that since I have a prior drug felony, Count 1 carries a range of punishment of 20 years to life imprisonment, a maximum fine of not more than $8,000,000 or both. A special assessment of $100 and a term of supervised release of at least 10 years must be imposed. I know that I may be required to make restitution to victims of my crime, and I understand that I may be required to pay all or some of the costs of my imprisonment or

supervision.

      3. I know that if I do not plead guilty I will still have the right to be represented by an attorney at every stage of the proceeding, including trial. I know that if I cannot afford an attorney, one will be appointed to represent me.

      4. I know that I have a right to plead "not guilty", and I know that if I do plead "not guilty", I can persist in that plea.

      5. I know that I have a right to a trial by jury, and I know that if I were to stand trial by a jury:

      a.      I have a right to the assistance of an attorney at every stage of the proceeding.

      b.      I have the right to see and observe the witnesses who testify against me.

      c.      My attorney can cross-examine all witnesses who testify against me.

      d.      I can call such witnesses as I desire, and I can obtain subpoenas to require the attendance and testimony of those witnesses. If I cannot afford to pay the witness and mileage fees of those witnesses, the government will pay them.

      e.      I cannot be forced to testify at trial although I may do so if I so desire.

      f.      If I do not want to testify, the jury will be told that they may draw no adverse conclusion against me from my failure to testify.

      g.      The government must prove each and every element or part of the offenses charged against me, that is, conspiracy to manufacture at least 50 grams of a mixture and substance containing cocaine base aka crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846, as set forth in Count 1.

      h.      It requires a unanimous verdict of a jury to convict me.

    i.  If I were to be convicted, I can appeal, and if I cannot afford to appeal, the government will pay the costs of the appeal including the services of an appointed attorney.

6. Under a plea of guilty, there will not be a trial of any kind. If I plead guilty I am forever giving up my right to trial by jury.

7. No agreements have been reached, and no representations have been made to me as to what the sentence will be, except as contained in the written plea agreement filed with the Court.

8. I know that under a plea of guilty, the Special Assistant United States Attorney and the judge may ask me questions under oath about the offense to which the plea is entered. The questions, if asked on the record and in the presence of my attorney, must be answered by me, and if I give false answers, I can be prosecuted for perjury.

9. I have a right to ask the Court any questions I wish to ask concerning my rights or about these proceedings and the plea.

10. I understand that my sentence will be determined pursuant to the United States Sentencing Guidelines. The method by which my sentence will be computed under the Sentencing Guidelines has been explained to me by my attorney. I understand that:

    a.  Any representations by the government or my attorney concerning what my sentence may be are merely estimations or recommendations. The Court may reject the recommendations of my attorney, the government, and the United States Probation Office and impose a sentence which is more severe.

    b.  If the Court imposes a sentence which is more severe than recommended by my attorney, the government, or the United States Probation Office, I will not be able to withdraw my plea of guilty. Once the Court has accepted my plea of guilty, I may not later withdraw it and demand a trial.

  c.  The United States Court of Appeals for the Eighth Circuit has limited power to review sentences imposed under the Federal Sentencing Guidelines. My attorney has explained my right to appeal my sentence, and the limitations of my right to appeal in the plea agreement, and the government's right to appeal my sentence under Title 18, United States Code, Section 3742.

### PART C

I know that I am free to change or delete anything contained in this statement which is incorrect. I do not wish to make any changes because all of the statements are correct. After reviewing all of the foregoing I still wish to plead guilty.

Date: 9-29-08

*Dennis Bailey JR*
DENNIS LEE BAILEY, JR., aka DJ
Defendant

I certify that I have discussed this statement with the defendant. I have fully explained to DENNIS LEE BAILEY, JR., aka DJ, his rights, and I have assisted him in completing this form. I believe he understands his rights and this statement. I believe he is knowingly and voluntarily entering the plea with full knowledge of his legal rights and that there is a factual basis for the plea.

Date: 9/29/08

James Clements
Attorney for Defendant