AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dennis Lee Bailey | ) Case No: | 3:08cr0064 |
| | ) USM No: | 87460-030 |
| Date of Original Judgment: 05/29/2009 | ) | |
| Date of Previous Amended Judgment: | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | Defendant's Attorney |

**RECEIVED DEC 1 8 2014 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA**

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __125__ months **is reduced to** __time served as of 11/02/2015__.

*(Complete Parts I and II of Page 2 when motion is granted)*

The amendments to the Sentencing Guidelines now produce a sentence that will be served by the time the amended guidelines become effective (November 1, 2015). The sentence of time served as of November 2, 2015 will assure that the defendant is released on that day. November 2 was chosen so that the defendant is not released on a weekend.

Except as otherwise provided, all provisions of the judgment dated __05/29/2009__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/18/2014

*Judge's signature*

Effective Date: 11/02/2015
*(if different from order date)*

John A. Jarvey, United States District Judge
*Printed name and title*