PROB 12A
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

---

**Name of Offender:** Dennis Lee Bailey, Jr.  **Case Number:** 3:08-cr-00064-001

**Name of Sentencing Judicial Officer:** John A. Jarvey, Chief U.S. District Judge

**Date of Original Sentence:** May 29, 2009

**Original Offense:** 21 U.S.C. §§ 841(b)(1)(A), 846, 851 – Conspiracy to Distribute at Least 50 Grams of Cocaine Base

**Original Sentence:** 125 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** November 2, 2015

**Prior Modification(s)/Revocation(s):** None

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Use of a Controlled Substance - Marijuana | On July 26, 2016, the offender tested presumptively positive for marijuana at the Center for Alcohol and Drug Services. On July 28, 2016, the offender reported to the U.S. Probation Office and provided a second urine sample that tested presumptively positive for marijuana. The offender admitted he had smoked marijuana on July 9, 2016. |

### U.S. Probation Officer Action:

The offender was verbally admonished for his decision to use marijuana. His contact with the U.S. Probation Office will be increased and he will be required to provide urine samples for testing at each contact. The offender will also complete an interactive journal on substance abuse with his probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 28, 2016

by: _____
Stacey A. Moore
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

U.S. v. Dennis Lee Bailey, Jr. (3:08-cr-00064-001)      Report on Offender Under Supervision

The United States Attorney's Office:

[X] Does not object to the proposed action.

[ ] Objects but does not request a formal hearing be set.

[ ] Objects and will petition the Court requesting that a formal hearing be set.

*M. Zachringer*
Assistant United States Attorney

Signature

### THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a request for modification of the condition or term of supervision.

[ ] Submit a request for warrant or summons. be set.

[X] Other: No action

*John G. [signature]*
Signature of Judicial Officer

7/28/16
Date



SD/IAnjeforms 2/04

## ADMISSION OF DRUG AND/OR ALCOHOL USE
### SOUTHERN DISTRICT OF IOWA U.S. PROBATION AND PRETRIAL SERVICES OFFICE

I, **Dennis dee Bailey SR** (Name of Offender), admit that on **7/09/2016** (Date(s)/Approximate Time(s))

that I used **Marijuana** (Illicit Drug- Meth., Cocaine, Marijuana, Other or Alcohol). The quantity of illicit drug used/alcohol was **1 hit (off joint)** (Approximate Amount) and the method of ingestion was by **Oral** (Inhalation, Oral, Injection).

Source of illicit drug(s):

Offender comments regarding reason(s) for illicit drug use:

I realize that I have violated the conditions of my supervision. I understand that this admission can result in a recommendation to the Court for the modification and/or revocation of my supervision.

**Dennis dee Bailey SR**
Client Signature

**Stacy Moore**
Officer Signature

7/28/16
Date

7-28-16
Date