PROB 12B
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing, is Attached)*

---

**Name of Offender:** Dennis Lee Bailey Jr   **Case Number:** 3:08-cr-00064

**Name of Sentencing Judicial Officer:** John A. Jarvey, Chief U.S. District Judge

**Date of Original Sentence:** May 29, 2009

**Original Offense:** 21 U.S.C. §§ 841 (b) (1) (A), 846, 851 - Conspiracy to Distribute at Least 50 grams of Cocaine Base

**Original Sentence:** 125 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** November 2, 2015

**Prior Modification(s)/Revocation(s):** None

---

## PETITIONING THE COURT

☐   To extend the term of supervision for ... years, for a total term of ...years.

☒   To modify the conditions of supervision as follows:

*You shall participate in the Southern District of Iowa's Reentry Court up to 18 months and comply with all treatment and/or intermediate sanctions requirements as recommended by the Reentry Court for the duration of the program. Upon admission into the Reentry Court, further treatment may be imposed immediately upon the detection of further violation and could include the following: enhanced drug testing, outpatient and/or inpatient substance abuse assessment and/or treatment, day reporting for substance abuse and/or mental health assessment and/or treatment, domestic violence and/or anger management assessment and/or treatment, employment and vocational assistance, including financial counseling. Intermediate sanctions that may be imposed upon detection of a further violation include, but not limited to: electronic monitoring for up to 180 days with or without alcohol and/or GPS monitoring, placement in a residential reentry facility for up to 180 days, and/ or weekend in jail term(s).*

## CAUSE

The offender's supervised release commenced on November 2, 2015. The offender transitioned to this officer on August 26, 2016. Upon his transition, the offender was introduced to the Reentry Court program. The offender informed this officer he would benefit from participating in the Reentry Court program. As a result, the offender's case was referred to the Reentry Court panel for review. On November 4, 2016 the Reentry Court panel staffed his case and approved his participation in the program.

U.S. v. Dennis Lee Bailey Jr (3:08-cr-00064)                                    Request for Modifying Conditions of Supervision

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 17, 2016

by:   _____
Kimberly C. Ruyle
U.S. Probation Officer

---

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

_____
Melisa Zaehringer
Assistant United States Attorney

☐ Objects and will petition the Court requesting that a formal hearing be set.

_____
Signature

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ The issuance of a summons so a hearing can be held on _____

at _____ .

_____
Signature of Judicial Officer

11/18/16
Date

PROB 49
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF IOWA

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*You shall participate in the Southern District of Iowa's Reentry Court up to 18 months and comply with all treatment and/or intermediate sanctions requirements as recommended by the Reentry Court for the duration of the program. Upon admission into the Reentry Court, further treatment may be imposed immediately upon the detection of further violation and could include the following: enhanced drug testing, outpatient and/or inpatient substance abuse assessment and/or treatment, day reporting for substance abuse and/or mental health assessment and/or treatment, domestic violence and/or anger management assessment and/or treatment, employment and vocational assistance, including financial counseling. Intermediate sanctions that may be imposed upon detection of a further violation include, but not limited to: electronic monitoring for up to 180 days with or without alcohol and/or GPS monitoring, placement in a residential reentry facility for up to 180 days, and/ or weekend in jail term(s).*

☑ I agree to the above modification based on the cause outlined in the attached petition.
☐ I do not dispute that I have violated the conditions of my supervision, as outlined in the attached petition.
☐ I dispute that I have violated the conditions of my supervision, as outlined in the attached petition, but I agree to the modification of my conditions as outlined above.

Witness _____  Signed _____
(U.S. Probation Officer)                     (Probationer or Supervised Releasee)

11/2/2016
(Date)