**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

**CLERK'S COURT MINUTES**

PRESIDING:   Honorable Stephen B. Jackson, Jr.

|  |  |
|---|---|
| Court Reporter: | N/A |
| Interpreter: | N/A |

| Defendant | Case Number |
|---|---|
| Dennis Bailey | 3:08-CR-00064-JAJ |

**PRESENT AT REENTRY SESSION**

Defendant:            Dennis Bailey

Rep. from Govt:       Richard Westphal

Rep. from FPD:        Terence McAtee

Reps. from USPO:      Jennifer Johnson

Rep. from Social Services:   Rob Templeton, Amanda Cross, Brandelyn Avants
                             (Center for Behavioral Health)

Proceedings:

Staff meeting followed by reentry session conducted in open court.

Time Start:   8:30 AM

Time End:    10:30 AM

Date:        November 18, 2016

**Deborah Moses**
Courtroom Deputy