PROB 12B
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

---

**Name of Offender:** Dennis Lee Bailey Jr.                                **Case Number:** 3:08-cr-00064

**Name of Sentencing Judicial Officer:** John A. Jarvey, Chief U.S. District Judge

**Date of Original Sentence:** May 29, 2009

**Original Offense:** 21 U.S.C. §§ 841 (b) (1) (A), 846, 851 - Conspiracy to Distribute at Least 50 grams of Cocaine Base

**Original Sentence:** 125 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** November 2, 2015

**Prior Modification(s)/Revocation(s):** November 18, 2016 - Reentry Court Placement

---

## PETITIONING THE COURT

☐ To extend the term of supervision for ... years, for a total term of ...years.

☒ To modify the conditions of supervision as follows:

*The defendant shall participate in a program of curfew for a period of 120 days/months. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance, and provide the U.S. Probation Officer with requested documentation. If required, the defendant shall maintain a telephone at his place of residence without "call forwarding," "call waiting," a modem, "caller ID," or "call back/call block" services for the above period. The defendant shall wear a monitoring device which may include an electronic monitoring device, a global positioning system (GPS) device, random calls, and/or voice verification, and he/she shall follow the monitoring procedures as instructed by the U.S. Probation Officer. The defendant shall pay for the location monitoring equipment at the prevailing rate or in accordance with ability to pay*

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. New Arrest | On December 27, 2016, Officer Niesen, Davenport Police Department, responded to a suspicious vehicle call at 3535 Main Street, Davenport. Officer Niesen approached the offender and one other individual at approximately 11:44 PM. The offender was subsequently searched and found to have marijuana on his person. During an interview with Officer Niesen, the offender admitted to having marijuana in his pocket. As a result, |

U.S. v. Dennis Lee Bailey Jr (3:08-cr-00064)          Request for Modifying Conditions of Supervision

|  |  |
|---|---|
|  | the offender was arrested for Possession of Controlled Substance (Dkt. No.: SRCR382101). |
| 2. Associating with Individuals Involved in Criminal Activity | On December 27, 2016, the offender was found in a vehicle with an individual currently on state probation, Erwin King, who was arrested for Possession of Controlled Substance 2nd- Marijuana. At the time of the incident, Mr. King was determined to be in possession of twelve individually packaged baggies of marijuana. The offender did not have approval to associate with Mr. King. |
| 3. Failure to be Truthful to Probation Officer | On December 30, 2016, the offender reported to the Probation Office as directed to discuss his arrest. The offender denied having any marijuana on his person; the offender reported the marijuana was in the vehicle and not in his pocket. On January 9, 2017, the offender again denied having any marijuana on his person, despite police reports from December 27, 2016. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 11, 2017

by: _Kimberly C. Ruyle_
U.S. Probation Officer

---

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

_Melisa Zaehringer_
Assistant United States Attorney

☐ Objects and will petition the Court requesting that a formal hearing be set.

_Signature_

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ The issuance of a summons so a hearing can be held on _____ at _____.

_John A. Jarvey_
Signature of Judicial Officer

January 11, 2017
Date

PROB 49
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The defendant shall participate in a program of curfew for a period of 120 days/months. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance, and provide the U.S. Probation Officer with requested documentation. If required, the defendant shall maintain a telephone at his place of residence without "call forwarding," "call waiting," a modem, "caller ID," or "call back/call block" services for the above period. The defendant shall wear a monitoring device which may include an electronic monitoring device, a global positioning system (GPS) device, random calls, and/or voice verification, and he/she shall follow the monitoring procedures as instructed by the U.S. Probation Officer. The defendant shall pay for the location monitoring equipment at the prevailing rate or in accordance with ability to pay*

☐ I agree to the above modification based on the cause outlined in the attached petition.
☒ I do not dispute that I have violated the conditions of my supervision, as outlined in the attached petition and agree to the modification of my conditions as outlined above.
☐ I dispute that I have violated the conditions of my supervision, as outlined in the attached petition, but I agree to the modification of my conditions as outlined above.

Witness [signature]  1-11-17      Signed  Dennis due Bailey SR
(U.S. Probation Officer)                  (Probationer or Supervised Releasee)

1-11-2017
(Date)