PROB 12C
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:** Dennis Lee Bailey Jr.        **Case Number:** 3:08-cr-00064

**Name of Sentencing Judicial Officer:** John A. Jarvey, Chief U.S. District Judge

**Date of Original Sentence:** May 29, 2009

**Original Offense:** 21 U.S.C. §§ 841 (b)(1)(A), 846, 851 - Conspiracy to Distribute at Least 50 grams of Cocaine Base

**Original Sentence:** 125 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** November 2, 2015

**Prior Modification(s)/Revocation(s):** November 18, 2016 - Reentry Court Placement
January 11, 2017 - 120 Days Curfew Supervision with GPS

---

### PETITIONING THE COURT

☐ To issue a warrant.

☒ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. New Law Violation | On December 27, 2016, the offender was arrested for Possession of Controlled Substance. On February 28, 2017, the offender plead guilty to Possession of Controlled Substance-Marijuana (Dkt No.: SRCR382101). The offender was sentenced to 120 days jail-suspended and one year probation. |

**U.S. Probation Officer Recommendation:**

The term of supervision should be

    ☒ revoked.

    ☐ extended for ... years, for a total term of ... years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 20, 2017

by: _____
Kimberly C. Ruyle
U.S. Probation Office

U.S. v. Dennis Lee Bailey Jr. (3:08-cr-00064)                     Petition for Warrant or Summons – April 20, 2017

The United States Attorney's Office:                     Government requests a warrant.

☐ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

_____
Assistant United States Attorney

☐ Objects and will petition the Court requesting that a formal hearing be set.

Richard J. WESTPHAL
Signature

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☒ The issuance of a summons so a hearing can be held on __May 4, 2017__ at __9:30 am__.

_____
Signature of Judicial Officer

4/21/17
Date