PROB 12B
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
FOR THE
# SOUTHERN DISTRICT OF IOWA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

---

**Name of Offender:** Dennis Lee Bailey, Jr.          **Case Number:** 3:08-cr-00064-001

**Name of Sentencing Judicial Officer:** John A. Jarvey, Chief U.S. District Judge

**Date of Original Sentence:** May 29, 2009

**Original Offense:** 21 U.S.C. §§ 841(b)(1)(A), 846, 851 – Conspiracy to Distribute at Least 50 grams of Cocaine Base

**Original Sentence:** 125 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** October 19, 2017

**Prior Modification(s)/Revocation(s):** November 18, 2016 – Reentry court program
January 11, 2017 – 120 days curfew supervision through electronic monitoring
May 24, 2017 – Supervised release revoked; 5 months imprisonment; 96 months of supervised release to follow

---

### PETITIONING THE COURT

☐    To extend the term of supervision for ... years, for a total term of ...years.

☒    To modify the conditions of supervision as follows:

*You must perform 20 hours of unpaid community service per week at a non-profit agency as directed and monitored by the U.S. Probation Officer until full-time employment is secured.*

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation | Nature of Noncompliance |
| --- | --- |
| 1. Failure to maintain full-time employment | Since October 19, 2017, the offender has failed to secure full-time employment. Additionally, the offender has failed to provide job search logs to verify his efforts. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 1, 2018

by: _____
Darrick R. Cooper
U.S. Probation Officer

---

The United States Attorney's Office:

[X] Does not object to the proposed action.

[ ] Objects but does not request a formal hearing be set.

[ ] Objects and will petition the Court requesting that a formal hearing be set.

Melisa Zaehringer
Assistant United States Attorney

_____
Signature

---

THE COURT ORDERS:

[ ] No action.

[ ] The extension of supervision as noted above.

[X] The modification of conditions as noted above.

[ ] The issuance of a summons so a hearing can be held on _____

at _____ .

_____
Signature of Judicial Officer

2/1/18
Date

PROB 49
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF IOWA

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*You must perform 20 hours of unpaid community service per week at a non-profit agency as directed and monitored by the U.S. Probation Officer until full-time employment is secured.*

☐ I agree to the above modification based on the cause outlined in the attached petition.

☒ I do not dispute that I have violated the conditions of my supervision, as outlined in the attached petition and agree to the modification of my conditions as outlined above.

☐ I dispute that I have violated the conditions of my supervision, as outlined in the attached petition, but I agree to the modification of my conditions as outlined above.

Witness _____  Signed Dennis Brulc
(U.S. Probation Officer)  (Probationer or Supervised Releasee)

2/1/18
(Date)