PROB 12A
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

**Name of Offender:** Dennis Lee Bailey, Jr.    **Case Number:** 3:08-cr-00064-001

**Name of Sentencing Judicial Officer:** John A. Jarvey, Chief U.S. District Judge

**Date of Original Sentence:** May 29, 2009

**Original Offense:** 21 U.S.C. §§ 841(b)(1)(A), 846, 851 – Conspiracy to Distribute at Least 50 grams of Cocaine Base

**Original Sentence:** 125 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** October 19, 2017

**Prior Modification(s)/Revocation(s):** November 18, 2016 – Reentry court program
January 11, 2017 – 120 days curfew supervision through electronic monitoring
May 24, 2017 – Supervised release revoked; 5 months imprisonment; 96 months of supervised release to follow
February 1, 2018 – 20 hours unpaid community service

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. Failure to comply with substance abuse testing | On March 6, 2018, the offender provided an invalid drug test at Center for Behavioral Health (CBH) in Davenport, Iowa. He was directed to eat food and return for a testable sample. The offender returned to the facility and provided a second dilute sample. |

### U.S. Probation Officer Action:

The offender advised he did not consume food prior to his drug test. Additionally, he was unable to consume food before the second attempt. He was reminded of his conditions of supervised release and his mandatory drug testing requirement. The offender reported to the U.S. Probation Office on March 8, 2018, and provided a negative make-up drug test.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 8, 2018

by: _____
Darrick R. Cooper
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

---

The United States Attorney's Office:

[X] Does not object to the proposed action.

[ ] Objects but does not request a formal hearing be set.

[ ] Objects and will petition the Court requesting that a formal hearing be set.

_Melisa Zuehnigen_
Assistant United States Attorney

_____
Signature

---

### THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a request for modification of the condition or term of supervision.

[ ] Submit a request for warrant or summons. be set.

[ ] Other: _____

_____
Signature of Judicial Officer

_____
Date