PROB 12C
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Dennis Lee Bailey Jr  **Case Number:** 3:08-cr-00064-001

**Name of Sentencing Judicial Officer:** John A. Jarvey, Chief U.S. District Judge

**Date of Original Sentence:** May 29, 2009

**Original Offense:** 21 U.S.C. §§ 841(b)(1)(A), 846, 851 – Conspiracy to Distribute at Least 50 grams of Cocaine Base

**Original Sentence:** 125 months imprisonment; 120 months supervised release

**Date Current Supervision Commenced:** October 19, 2017

**Prior Modification(s)/Revocation(s):** November 18, 2016 – Reentry court program
January 11, 2017 – 120 days curfew supervision through electronic monitoring
May 24, 2017 – Supervised release revoked; 5 months imprisonment; 96 months of supervised release to follow
February 1, 2018 – 20 hours unpaid community service

## PETITIONING THE COURT

☒ To issue a warrant.

☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. New arrest – Felon in Possession of a Firearm | On June 20, 2018, the offender was in possession of a stolen revolver handgun during a traffic stop executed by Moline, Illinois, Police Department. The charges for Felon in Possession of a Firearm are currently pending in Rock Island County, Illinois. |
| 2. New arrest – Possession of a Controlled Substance | On June 20, 2018, a search executed by Moline, Illinois, Police Department revealed the offender had five ecstasy pills located in his pocket. |
| 3. Failure to report police contact within 72 hours | On June 18, 2018, Davenport Police Department responded to a shots fired call at the offender's residence. It was discovered the offender's cousin suffered a gunshot to the mouth and was subsequently escorted to Genesis East Hospital for care. |
| | The offender was interviewed by Davenport Police Officers as he was identified as one of the individuals on the scene of the shooting. The offender failed to report the shooting or interview with Davenport Police Department to the U.S. Probation Office. |

U.S. Probation Officer Recommendation:

The term of supervision should be

- ☒ revoked.
- ☐ extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 20, 2018

by: _____
Darrick R. Cooper
U.S. Probation Officer

---

The United States Attorney's Office:

- ☒ Does not object to the proposed action.
- ☐ Objects but does not request a formal hearing be set.
- ☐ Objects and will petition the Court requesting that a formal hearing be set.

_Melisa Zachringer_
Assistant United States Attorney

_____
Signature

---

THE COURT ORDERS:

- ☐ No action.
- ☐ The issuance of a warrant.
- ☐ The issuance of a summons so a hearing can be held on _____ at _____.

_____
Signature of Judicial Officer

_____
Date