PROB 12A
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

**Name of Offender:** Dennis Lee Bailey, Jr.     **Case Number:** 3:08-cr-00064

**Name of Sentencing Judicial Officer:** John A. Jarvey, Chief U.S. District Judge

**Date of Original Sentence:** May 29, 2009

**Original Offense:** 21 U.S.C. §§ 841(b)(1)(A), 846, 851 – Conspiracy to Distribute at Least 50 grams of Cocaine Base

**Original Sentence:** 125 months imprisonment; 120 months supervised release

**Date Original Supervision Commenced:** November 2, 2015

**Date Current Supervision Commenced:** February 15, 2019

**Prior Modification(s)/Revocation(s):** November 18, 2016 – Reentry court program
January 11, 2017 – 120 days curfew supervision through electronic monitoring
May 24, 2017 – Supervised release revoked; 5 months imprisonment; 96 months of supervised release to follow
February 1, 2018 – 20 hours unpaid community service
September 20, 2018 – Supervised release revoked; 6 months imprisonment; 78 months supervised release

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. Failure to comply with substance abuse testing | On March 26, 2019, the offender failed to report for his urinalysis at the Center for Behavioral Health in Davenport, Iowa. The offender was directed to provide a makeup on March 27, 2019. On March 27, 2019, the offender failed to appear for a makeup test. On March 28, 2019, the offender reported to the Probation Office and provided a urinalysis, which tested negative for all substances. |

**U.S. Probation Officer Action:**

The offender was verbally admonished for his actions and was notified the Probation Office will recommend a jail sanction if the offender misses another substance abuse test.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 3, 2019

by: *Erin K. Yeo*
Erin K. Yeo
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

*Melisa Zehringer*
Assistant United States Attorney

*signature*
Signature

---

THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons. be set.

☐ Other: _____

_____
Signature of Judicial Officer

_____
Date