PROB 12C
(SDIA 05/23)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:**  Dennis Lee Bailey, Jr.  **Case Number:**  3:08-cr-00064-001

**Name of Sentencing Judicial Officer:**  John A. Jarvey, U.S. District Judge (Retired)
Stephen H. Locher, Chief U.S. District Judge (Current)

**Date of Original Sentence:**  May 29, 2009

**Original Offense:**  21 U.S.C. §§ 841(b)(1)(A), 846, 851 – Conspiracy to Distribute at least 50 grams of Cocaine Base

**Original Sentence:**  125 months imprisonment; 120 months supervised release

**Date of Amended Sentence:**  December 18, 2014

**Amended Sentence:**  Time Served

**Reason for Amended Sentence:**  18 U.S.C. § 3582(c)(2)

**Date Original Supervision Commenced:**  November 2, 2015

**Date Current Supervision Commenced:**  February 4, 2022

**All Prior Reports & Actions:**  July 28, 2016 – Information Only Report
November 18, 2016 – Motion for Modification
January 11, 2017 – Motion for Modification
May 23, 2017 – Supervised Release Revoked; 5 months imprisonment, 96 months supervised release
February 1, 2018 – Motion for Modification
March 7, 2018 – Information Only Report
March 9, 2018 – Information Only Report
September 20, 2018 – Supervised Release Revoked; 6 months imprisonment, 78 months supervised release
April 3, 2019 – Information Only Report
April 19, 2019 – Motion for Modification
May 30, 2019 – Motion for Modification
October 8, 2019 – Motion for Modification
May 20, 2021 – Supervised Release Revoked; 24 months imprisonment, 48 months supervised release
February 14, 2022 – Motion for Modification
October 4, 2022 – Information Only Report
November 16, 2022 – Information Only Report
January 10, 2023 – Information Only Report
January 11, 2023 – Motion for Modification
March 31, 2023 – Information Only Report
June 14, 2023 – Information Only Report
September 19, 2023 – Information Only Report
December 21, 2023 – Information Only Report
May 28, 2024 – Information Only Report

## PETITIONING THE COURT

☐ To issue a warrant.

☒ To issue a summons.

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

**Violations**

1. Failure to Reside at Approved Residence
2. Failure to Truthfully Answer Questions Asked by Probation Officer
3. New Law Violation – Driving While Barred
4. Association with a Felon
5. Failure to Maintain Full Time Employment

Nature of Noncompliance

On June 20, 2024, an unannounced home inspection was completed at Mr. Bailey's approved address. Mr. Bailey was not home at the time of the aforementioned contact. While walking through the residence, officers did not observe male items to indicate Mr. Bailey resided in the home. Mr. Bailey reports living at his approved address but where he currently stays is unknown.

On June 20, 2024, the Probation Office obtained video footage and pictures from the Davenport RRC showing Mr. Bailey driving a black SUV to their facility to bring Canares Ivy a cellphone and paperwork. Mr. Bailey's driver's license is currently barred until March 28, 2026. Additionally, Canares Ivy is a felon serving time at the Davenport RRC.

Mr. Bailey has been unemployed since May 15, 2024.

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.

☐ extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 27, 2024

by: *Breanna L. Johnson*
Breanna L. Johnson
U.S. Probation Officer

The United States Attorney's Office:

☐ Does not object to the proposed action.

☒ Objects ~~but does not request a formal hearing be set~~ to the issuance of a summons and requests a warrant be issued.

☐ Objects and will petition the Court requesting that a formal hearing be set.

__Melisa Zaehringer__
Assistant United States Attorney

*M. Zaehringer*
Signature

---

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons so a hearing can be held on _____ at _____.

_____
Signature of Judicial Officer

_____
Date