UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF IOWA

Report on Offender Under Supervision

**Name of Offender:** Dennis Lee Bailey, Jr.                  **Case Number:** 3:08-cr-00064-001

**Name of Sentencing Judicial Officer:** John A. Jarvey, U.S. District Judge (Retired)
                                                 Stephen H. Locher, U.S. District Judge (Current)

**Date of Original Sentence:** May 29, 2009

**Original Offense:** 21 U.S.C. §§ 841(b)(1)(A), 846, 851 – Conspiracy to Distribute at least 50 grams of Cocaine Base

**Original Sentence:** 125 months imprisonment; 120 months supervised release

**Date of Amended Sentence:** December 18, 2014

**Amended Sentence:** Time Served

**Reason for Amended Sentence:** 18 U.S.C. § 3582(c)(2)

**Date Original Supervision Commenced:** November 2, 2015

**Date Current Supervision Commenced:** January 21, 2025

**All Prior Reports & Actions:** July 28, 2016 – Information Only Report
November 18, 2016 – Modification
January 11, 2017 – Modification
May 23, 2017 – Supervised Release Revoked; 5 months imprisonment, 96 months supervised release
February 1, 2018 – Modification
March 7, 2018 – Information Only Report
March 9, 2018 – Information Only Report
September 20, 2018 – Supervised Release Revoked; 6 months imprisonment, 78 months supervised release
April 3, 2019 – Information Only Report
April 19, 2019 – Modification
May 30, 2019 – Modification
October 8, 2019 – Modification
May 20, 2021 – Supervised Release Revoked; 24 months imprisonment, 48 months supervised release
February 14, 2022 – Modification
October 4, 2022 – Information Only Report
November 16, 2022 – Information Only Report
January 10, 2023 – Information Only Report
January 11, 2023 – Modification
March 31, 2023 – Information Only Report
June 14, 2023 – Information Only Report
September 19, 2023 – Information Only Report
December 21, 2023 – Information Only Report
May 28, 2024 – Information Only Report
July 23, 2024 – Supervised Release Revoked; 6 months imprisonment, 24 months supervised

release

## UPDATE ON OFFENDER UNDER SUPERVISION

On January 23, 2025, Mr. Bailey reported to the probation office for his sign up appointment to commence his current term of supervised release. During the aforementioned office contact, Mr. Bailey provided a urinalysis sample that was presumptive positive for marijuana and alcohol. Mr. Bailey admitted to smoking marijuana while in the Bureau of Prisons on December 31, 2024, and consuming alcohol while in the Bureau of Prisons on December 20, 2024.

**U.S. Probation Officer Action:**

Mr. Bailey was verbally admonished for breaking the rules of the Bureau of Prisons facility he was incarcerated at. This officer reviewed Mr. Bailey's Judgement and Commitment Order with him. Specifically, the substance abuse condition and reminded him he was not allowed to use drugs or consume alcohol while on supervised release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 6, 2025

by: *Breanna L. Johnson*
Breanna L. Johnson
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

　　　　　　　　　　　　　　　　　　　　　Melisa Zaehringer
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　*M. Zaehringer*
　　　　　　　　　　　　　　　　　　　　　Signature

THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons. be set.

　　　　　　　　　　　　　　　　　　　　　Signature of Judicial Officer

☐ Other: _____

　　　　　　　　　　　　　　　　　　　　　Date