RECEIVED
OCT 2 4 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Dennis Lee Bailey Jr.
- 08746030
    Oct. 21, 2025

Honorable Judge Stephen H. Locher
Southern district of Iowa
131 east 4th street
  Davenport Iowa 52801

Dear Judge Stephen H. Locher,
I hope this letter finds you well. I am writing to respectfully request early termination of **probation**, which began on November, 2015 and is currently scheduled to conclude until or around end of 2026 early 2027.
  Since the beginning of my probation, yes I have had some bumps in the road, but i have taken full accountability for all of my actions. I have maintained employment since I've been home. I'm currently working at the Grill Cheese Bar in davenport Iowa.
  I was sentenced to 240 months which was reduced to 125 month. In

2014 president Obama gave me immediate release and since then I have completed 100 percent Supervised release. probation.

I have remained arrest free since the last 8 months ive been released, I have full custody of one of my kids that lost her mom I'm also in the process of getting custody of my son.

I have been in full compliance with my probation officer's supervison. I have learned valuable lessons through this process, and I have worked hard to make meaningful changes in my life.

I respectfully ask the court to consider granting early termination of my probation. I understand that this decision lies soley within the court discretion, and I am prepared to comply with and futher instruction

Thank you very my for your time, and consideration of my request

Dennis Lee Bailey Jr.

Dennis Lee Bailey Jr.
509 19th ave
Rock Island Ill
61201

Judge Stephen H. Locher
Southern District of Iowa
131 east 4th. Street.
Davenport, Iowa
52801