IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DENNIS LEE BAILEY, JR.,<br><br>    Defendant. | No. 3:08-cr-00064-SHL-SBJ<br><br>**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

Defendant Dennis Lee Bailey, Jr. was sentenced to a term of imprisonment of 125 months plus ten years of supervised release following his conviction via guilty plea of the crime of conspiracy to distribute at least 50 grams of cocaine base. (ECF 40.) On December 18, 2014, the Court (Jarvey, J.) reduced Bailey's sentence to time served (effective November 2, 2015) based upon retroactive changes to the United States Sentencing Guidelines. (ECF 68.) Bailey was released and commenced his original ten-year term of supervised release on November 2, 2015. (ECF 195.) His supervised release was revoked four times, most recently on July 23, 2024, when he was sentenced to six months' imprisonment and twenty-four months' supervised release. (ECF 189.) Bailey now moves for early termination of the twenty-four-month term. (ECF 193.) The Government resists. (ECF 194.)

Since commencing supervised release, Bailey has had many struggles and violations, as documented in the Government's Resistance. (Id.) By the Court's count, Bailey has had twelve information only violation reports, eight modifications due to violations, and the four revocations. The revocations have been roughly evenly-staggered, occurring on May 23, 2017 (ECF 91); September 20, 2018 (ECF 119); May 25, 2021 (ECF 144); and, most recently, July 23, 2024 (ECF 189). He commenced his fifth term of supervised release on January 21, 2025. (ECF 195.)

The Court has carefully reviewed the filings and record and considered the applicable considerations under 18 U.S.C. § 3553(a). The Court commends Bailey on the positive strides he has made while on his most recent term of supervised release, including his efforts to maintain sobriety, obtain employment, and report to the Probation Office as directed. These are major steps in the right direction. However, as outlined in the Government's Response (ECF 194), Bailey's long history of violations while on supervised release is simply too much for the Court to disregard.

In these circumstances, his overall history while on supervised release does not warrant early termination. Remaining on supervised release allows the Probation Office to continue to monitor his efforts toward rehabilitation, as well as to provide Bailey with additional resources and support. For these reasons, the Court DENIES Bailey's Motion for Early Termination of Supervised Release. (ECF 193). He will remain on supervised release.

**IT IS SO ORDERED.**

Dated this 12th day of November, 2025.

_____
Stephen H. Locher
UNITED STATES DISTRICT JUDGE