PROB 12C
(SDIA 05/23)

# UNITED STATES DISTRICT COURT
### FOR THE
# SOUTHERN DISTRICT OF IOWA

### Petition for Warrant or Summons for Offender Under Supervision

---

**Name of Offender:**  Dennis Lee Bailey, Jr.                                    **Case Number:**  3:08-cr-00064-001

**Name of Sentencing Judicial Officer:**  John A. Jarvey, U.S. District Judge (Original)
                                          Stephen H. Locher, U.S. District Judge (Current)

**Date of Original Sentence:**  May 29, 2009

**Original Offense:**   21 U.S.C. §§ 841(b)(1)(A), 846, 851 – Conspiracy to Distribute at least 50 grams of Cocaine Base

**Original Sentence:**  125 months' imprisonment; 120 months' supervised release

**Date of Amended Sentence:** December 18, 2014

**Amended Sentence:** Time Served

**Reason for Amended Sentence:** Sentence Reduction

**Date Original Supervision Commenced:** November 2, 2015

**Date Current Supervision Commenced:**  January 21, 2025

**All Prior Reports & Actions:** July 28, 2016 – Information Only Report
November 18, 2016 – Motion for Modification
January 11, 2017 – Motion for Modification
May 23, 2017 – Supervised Release Revoked; 5 months' imprisonment, 96 months' supervised release
February 1, 2018 – Motion for Modification
March 7, 2018 – Information Only Report
March 9, 2018 – Information Only Report
September 20, 2018 – Supervised Release Revoked; 6 months' imprisonment, 78 months' supervised release
April 3, 2019 – Information Only Report
April 19, 2019 – Motion for Modification
May 30, 2019 – Motion for Modification
October 8, 2019 – Motion for Modification
May 20, 2021 – Supervised Release Revoked; 24 months' imprisonment, 48 months' supervised release
February 14, 2022 – Motion for Modification
October 4, 2022 – Information Only Report
November 16, 2022 – Information Only Report
January 10, 2023 – Information Only Report
January 11, 2023 – Motion for Modification
March 31, 2023 – Information Only Report
June 14, 2023 – Information Only Report
September 19, 2023 – Information Only Report
December 21, 2023 – Information Only Report
May 28, 2024 – Information Only Report
July 23, 2024 – Supervised Release Revoked; 6 months' imprisonment, 24 months'

supervised release

## PETITIONING THE COURT

☐   To issue a warrant.

☒   To issue a summons.

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

**<u>Violations</u>**

1. New Law Violation - Eluding

2. New Law Violation – Driving While Barred

3. New Law Violation – Reckless Driving

<u>Nature of Noncompliance</u>

On February 21, 2026, the Davenport Police Department were responding to a disturbance at the Happy Hollow Bar and Nightclub. While responding to the disturbance, law enforcement officers observed Mr. Bailey operating a Ford Bronco bearing rental plates. When Mr. Bailey noticed a law enforcement presence, he turned off his vehicle lights and fled at a high rate of speed northbound, creating a substantial risk to the motoring public. Officers attempted to conduct a traffic stop on Mr. Bailey through the use of police lights and sirens. Mr. Bailey failed to comply and continued driving at a high rate of speed estimated to be 90 to 100 miles per hour. Mr. Bailey was observed driving in a reckless manner, swerving into oncoming traffic and making an unsafe pass. Officers later located Mr. Bailey and the vehicle. Mr. Bailey's driver's license is barred until March 27, 2026. Mr. Bailey was arrested for Eluding, Driving While Barred, and Reckless Driving. Mr. Bailey was booked into the Scott County Jail and released after posting a $10,000 cash only bond. Mr. Bailey has an arraignment in the Iowa District Court for Scott County on March 19, 2026 (Dkt. No. FECR456537). The Court will be updated as more information becomes available.

<u>U.S. Probation Officer Recommendation</u>:

The term of supervision should be

☒   revoked.

☐   extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 5, 2026

by:   *Breanna L. Johnson*
       Breanna L. Johnson
       U.S. Probation Officer

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

Melisa Zaehringer
_____
Assistant United States Attorney

*M. Zaehringer* (signature)
_____
Signature

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☒ The issuance of a summons so a hearing can be held on April 6, 2026 at 1:00 p.m.

_____
Signature of Judicial Officer

March 6, 2026
_____
Date