IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:08-cr-064 |
|  | ) |  |
| v. | ) | GOVERNMENT'S |
|  | ) | EXHIBIT LIST |
| DENNIS LEE BAILEY, JR., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

The United States of America respectfully submits the following list of exhibits.

The government reserves its right to offer exhibits not on this list as necessary.

| Exhibit No. | Description |
|---|---|
| 1 | Bailey's Driver's License |
| 2 | Map |

Respectfully submitted,

David C. Waterman
United States Attorney

By:   */s/ Melisa Zaehringer*
Melisa K. Zaehringer
Assistant United States Attorney
United States Courthouse
131 East Fourth Street, Suite 310
Davenport, Iowa 52801
Tel:  (563) 449-5432
Fax: (563) 449-5433
Email:  Melisa.Zaehringer@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2026, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail _____ Fax _____Hand Delivery

 X   ECF/Electronic filing     ____Other means (Email)

UNITED STATES ATTORNEY

By: */s/ Alexandria Ogden*                          
    Paralegal Specialist